IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| KORRIE CHAPMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 5:14-cv-1048-VEH-TMP |
| ) | |
| ANA FRANKLIN, and the ) | |
| ATTORNEY GENERAL of the ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on October 8, 2014, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. No objections to the report and recommendation have been filed. Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

It is therefore **ORDERED** that the petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**DONE** the 29th day of October, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge